**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION

Appellate case name:          In re Jeffrey Wayne Blackburn, Relator

Appellate case number:      01-19-00627-CV

Trial court case number:    2017-80112

Trial court:                        113th District Court of Harris County

On August 20, 2019, relator, Jeffrey Wayne Blackburn, filed a petition for writ of mandamus seeking to vacate the respondent trial judge's two orders issued on July 1, 2019, granting the plaintiffs Belinda Lamonto and Linda Bendickson's motions to strike the counter-affidavits of Bradley K. Weiner, M.D.  Although relator has included the required Rule 52.3(j) certification with the petition and two volumes of an appendix, there are no reporter's records of any motion hearings, if any, or a statement that no testimony was adduced in connection with the matter complained.  *See* TEX. R. APP. P. 52.7(a)(2). Accordingly, the Court **ORDERS** the relator, **within 3 days of the date of this order**, to file a statement that no relevant testimony was adduced in connection with the matter complained of in this petition or else provide evidence of requesting the reporter's records. *See* TEX. R. APP. P. 52.3(k)(1)(A), 52.7(a)(2), (b).

With his petition, relator filed an "Motion for Emergency Stay" seeking to stay the trial setting for September 9, 2019, pending disposition of this petition.  *See* TEX. R. APP. P. 52.10(a).  The Court **denies** the relator's motion for emergency stay.

The Court requests a response to the petition for writ of mandamus by any real party in interest.  *See* TEX. R. APP. P. 52.8(b)(1).  The response, if any, shall be filed **within 20 days from the date of this order**.  *See* TEX. R. APP. P. 2, 52.4.

It is so ORDERED.

Judge's signature: _____/s/ Laura C. Higley___
                 ☑ Acting individually     ☐ Acting for the Court
Date: __August 21, 2019_____